UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ramona Loy<br>    Plaintiff | CIVIL ACTION NO.: 3:13-cv-01412-VLB |
| Versus | |
| McGrath's Home Care Services, LLC<br>d/b/a Visiting Angels<br>    Defendant | February 27, 2015 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Ramona Loy, and the Defendant, McGrath's Home Care Services, LLC d/b/a Visiting Angels, through the undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to the Defendant in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party, contingent upon this Court's issuance of an order retaining jurisdiction for one (1) year to enforce the parties' settlement agreement, as Defendant has been provided with ninety (90) days in which to pay Plaintiff her consideration. Billie v. Potter, No. 3:07-CV-1153 SRU, 2012 WL 3730319, at *2 (D. Conn. Aug. 8, 2012), Citing, Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 380–81 (1994) (Holding district court lacked jurisdiction to issue an order enforcing a private settlement agreement, but noting, in dicta, that "[t]he situation would be quite different if the parties' obligation to comply with the terms of the settlement agreement had been made part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order"). Hester Industries, Inc. v. Tyson Foods, Inc., 160 F.3d 911, 916 (2d Cir.1998) (Holding district court lacked authority to hold a party in contempt for violation of a settlement agreement where "the dismissal was effectuated by stipulation, or mutual agreement of the parties, and did not require any judicial action").

| | |
|---|---|
| PLAINTIFF,<br>Ramona Loy<br><br>By: _____<br>Robert Fortgang, Esq. (CT 05437)<br>Robert Fortgang Associates, LLC<br>573 Hopmeadow Street<br>Simsbury, CT 06070<br>Tel: (860) 658-1055<br>Fax: (860) 658-0565<br>E-mail: rob@fortgangemploymentlaw.com | DEFENDANT,<br>McGrath's Home Care Services, LLC d/b/a<br>Visiting Angels<br><br>By: _____<br>Jessica Z. Wragg, Esq. (CT28293)<br>Robert D. Noonan, Esq. (CT 14118)<br>Robert Noonan & Associates, LLC<br>6 Way Road<br>Middlefield, CT 06455<br>Tel: (860) 349-7010<br>Fax: (860) 349-7011<br>E-mail: jessicawragg@robertnoonan.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27 day of February 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Robert Fortgang, Esq. (CT 05437)
Robert Fortgang Associates, LLC
573 Hopmeadow Street
Simsbury, CT 06070
Tel: (860) 658-1055
Fax: (860) 658-0565
E-mail: rob@fortgangemploymentlaw.com

_____
Jessica Z. Wragg
Robert Noonan & Associates, LLC